UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

JOHNNY PEARSON,

    Plaintiff,

v.  **JUDGMENT**

No. 4:12-CV-23-FL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which defendant timely filed objections.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 26, 2013, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on June 26, 2013, and Copies To:**

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Robert K. Crowe (via CM/ECF Notice of Electronic Filing)

June 26, 2013                        JULIE A. RICHARDS, CLERK
                                               /s/ Christa N. Baker
                                              (By) Christa N. Baker, Deputy Clerk